NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1585

WAYNE-DALTON CORP.,

Plaintiff-Appellant,

v.

AMARR COMPANY,

Defendant-Appellee.

Ray L. Weber, Renner, Kenner, Greive, Bobak, Taylor & Weber, of Akron, Ohio, argued for plaintiff-appellant. With him on the brief was Laura J. Gentilcore.

John F. Morrow, Jr., Womble Carlyle Sandridge & Rice, PLLC, of Winston-Salem, North Carolina, argued for defendant-appellee. With him on the brief was Kirk W. Watkins, of Atlanta, Georgia.

Appealed from: United States District Court for the Northern District of Ohio

Judge Sara Lioi

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1585

WAYNE-DALTON CORP.,

Plaintiff-Appellant,

v.

AMARR COMPANY,

Defendant-Appellee.

# Judgment

ON APPEAL from the   United States District Court
                     for the Northern District of Ohio

in CASE NO(S).       5:06-CV-01768.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER, DYK, and MOORE, Circuit Judges )

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED March 31, 2009       /s/ Jan Horbaly
                           Jan Horbaly, Clerk